# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL FRIEDBERG,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MASERATI NORTH AMERICA, INC.,** | : | **No. 18-1369** |
| Defendant. | : | |

## ORDER

**AND NOW**, this **1ˢᵗ** day of **August**, **2018**, upon consideration of Defendant's Motion to Dismiss Count II of the Complaint, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons stated in the Court's Memorandum dated August 1, 2018, it is hereby **ORDERED** that the motion (Document No. 2) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**